No. 1386. EL PUEBLO, APELADO, *v.* SUÁREZ, APELANTE.— Infracción de la ley de Pesas y Medidas. San Juan, Sección 1ª. Mayo 29, 1919. *Confirmada.*

No. 248. MARTÍNEZ, PETICIONARIO, *v.* CROSAS, JUEZ DE DISTRITO, DEMANDADO.—*Certiorari.* Mayo 29, 1919. *Sin lugar.*

No. 1945. RODRÍGUEZ, APELADO, *v.* CASTILLO, APELANTE.— Indemnización. Mayagüez. Mayo 31, 1919. *Confirmada.*

No. 1981. GOBLE & JIMÉNEZ, APELADOS, *v.* M. TRUYOL & CÍA., APELANTES.—Daños y perjuicios. (Reconsideración.) Guayama. Junio 3, 1919. *Sin lugar.*

No. 398. BEAUCHAMP, RECURRENTE, *v.* REGISTRADOR DE AGUADILLA, RECURRIDO.—Recurso Gubernativo. (Reconsideración.) Junio 3, 1919. *Sin lugar.*

No. 2007. LABORDE ET AL., APELADAS, *v.* SURILLO ET AL., DEMANDADOS Y ROIG ET AL., CITADOS DE EVICCIÓN, APELANTES.— Reivindicación. Humacao. Junio 3, 1919. *Desistida la apelación.*

No. 253. HOMAR, COLÓN & CÍA., S. EN C., PETICIONARIOS, *v.* SEPÚLVEDA, JUEZ DE DISTRITO, DEMANDADO.—*Certiorari.* Junio 6, 1919. *Desistido.*

No.    . ROBLEDO, APELANTE, *v.* CENTRAL AGUIRRE CO., APELADA.—*Injunction.* Guayama. Junio 13, 1919. *Desestimada.*

No.    . GREGORI ET AL., APELANTES, *v.* LUCCIONI, APELADO.—Inexistencia de contrato. Ponce. Junio 13, 1919. *Desestimada.*

No. 1393. EL PUEBLO, APELADO, *v.* REYES ET AL., APELANTES.—Adulterio. San Juan, Sección 2ª. *Confirmada.*

No. 1397. EL PUEBLO, APELADO, *v.* CALERO, APELANTE.— Hurto de menor cuantía. Aguadilla. Junio 13, 1919. *Confirmada.*

No. 2023. ORTIZ, APELADO, *v.* SUC. DE R. B. SAMA, APELANTE.—Filiación y petición de herencia. (Traslado de causa.) Ponce. Junio 13, 1919. *Desistida y allanado el apelado al traslado solicitado..*